O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>                    Plaintiff,              )<br>                                                                )<br>        v.                                             )<br>                                                                )<br>JUDITH JOSEFINA GARCIA GONZALEZ )<br>                                                                )<br>                    Defendant.            )<br>_____) | SA 10-182M<br><br>ORDER OF DETENTION AFTER HEARING<br>          (18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§  801,/951, et. seq.,,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                              II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A.  ( X )    appearance of defendant as required; and/or

4    B.  ( ) safety of any person or the community;

5                                              III.

6    The Court has considered:

7    A.  ( x) the nature and circumstances of the offense;

8    B.  (x) the weight of evidence against the defendant;

9    C.  (x) the history and characteristics of the defendant;

10   D.  ( ) the nature and seriousness of the danger to any person or to the community.

11                                             IV.

12   The Court concludes:

13   A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

15   B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16        **Defendant is undocumented.  He has no ties to the community and no bail**
17        **resources.**

19   C.  ( ) A serious risk exists that defendant will:

20         1. ( )   obstruct  or  attempt to obstruct  justice;

21         2. ( )   threaten, injure or intimidate a witness/ juror; because:

23   D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption
24        provided in 18 U.S.C. § 3142 (e).

25   ///
26   ///
27   ///
28   ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                              - 2 -                                    Page 2 of 3

1	IT IS ORDERED that defendant be detained prior to trial.

2	IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3	facility separate from persons awaiting or serving sentences or person held pending appeal.

4	IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5	consultation with his counsel.

8	Dated:  April 14, 2010

	Marc L. Goldman
	U.S. Magistrate Judge